FILED
AUG -3 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR173-T |
| | ) | [21 U.S.C. § 841(a)(1)] |
| RODNEY HARRIS | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 7th day of November, 2003, in Montgomery County, within the Middle District of Alabama, the defendant,

**RODNEY HARRIS,**

did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

On or about the 21st day of November, 2003, in Montgomery County, within the Middle District of Alabama, the defendant,

**RODNEY HARRIS,**

did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 16th day of January, 2004, in Montgomery County, within the Middle District of Alabama, the defendant,

RODNEY HARRIS,

did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney