**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

√ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

DATE: 9/2/05

DIGITAL Recording : 10:04 - 10:14

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON      DEPUTY CLERK: Wanda Robinson
CASE NO.   2:05cr173-T                             DEFENDANT NAME: Rodney Harris
AUSA:  A. Clark Morris                             DEFT. ATTY:  Kathy Puzone
                                                   Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD
PTSO:  Tamara Martin                               USPO: _____

Defendant ( ) does; (√ ) does NOT need an interpreter
Interpreter present  (√ ) NO; ( ) YES        Name:

| | |
|---|---|
| √ | Date of Arrest 9/2/05 or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ ORAL MOTION FOR APPT OF COUNSEL |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained |
| √ | √ Government's ORAL  Motion for Detention Hrg. √ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing ☐ held; √ set for 9/7/05 @ 9:00 a.m. |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered.  ☐ Set for |
| √ | DISCOVERY DISCLOSURE DATE:  9/2/05 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial.          CRIMINAL TERM: 10/12/05 |