IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr173-T |
| | ) | |
| RODNEY HARRIS | ) | |

**ORDER ON MOTION**

Upon consideration of the government's motion for detention hearing (Doc. #4), filed on 2 September 2005, it is

ORDERED that the motion is **GRANTED** and that a detention hearing is set for 7 September 2005 at 9:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 2nd day of September, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE