IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-173-T |
| | ) | |
| **RODNEY HARRIS** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Katherine I. Puzone, and enters her appearance as counsel for Rodney Harris in the above-styled matter.

Dated this 6th day of September 2005.

Respectfully submitted,

s/Katherine I. Puzone
**KATHERINE I. PUZONE**
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Kathy_Puzone@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Katherine I. Puzone
**KATHERINE I. PUZONE**
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Kathy_Puzone@fd.org