MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 9/7/05          DIGITAL RECORDING: 9:31 - 9:40

DATE COMPLETED: 9/7/05

| USA | * | 2:05cr173-T |
| vs | * | |
| RODNEY HARRIS | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| A. Clark Morris | * | Kathy Puzone |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Detention Hearing

| Description | 2:05cr173-T  USA vs. Rodney Harris:  Detention Hearing | |
|---|---|---|
| Date | 9/7/2005 | Location |
| Time | Speaker | Note |
| 9:31:29 AM | Court | Opens proceedings with statements regarding this case |
| 9:31:39 AM | Government | Moves to withdraw Motion for Detention |
| 9:32:15 AM | Court | Grant's Motion; Motion for Detention Cancelled; Defendant to be released on Bond; Court goes over conditions of Release |
| 9:40:03 AM | Court | Remanded to USM until Phone Lines in Place |
| 9:40:10 AM | | Court in Recess |