IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-173-T |
| | ) | |
| RODNEY HARRIS | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the October 12, 2005 trial term and agrees to have it set for the January 9, 2005 trial term.

_____
RODNEY HARRIS

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-173-T |
| | ) | |
| RODNEY HARRIS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Katherine I. Puzone
**KATHERINE I. PUZONE**
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Kathy_Puzone@fd.org