**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO:2:05-CR-173-T |
| ) | |
| RODNEY HARRIS ) | |

## MOTION TO CONTINUE TRIAL DATE

For the reasons set forth in a Statement of Reasons that will be filed under seal, Defendant Rodney Harris moves this Court to continue his trial from the October 12, 2005 trial term to the January 9, 2005 trial term.

Undersigned counsel understands that Assistant United States Attorney A. Clark Morris has been out of the office this week. Based on prior conversations with Ms. Morris, undersigned counsel does not anticipate that the United States will object to this Motion.

A Speedy Trial Waiver executed by Mr. Harris is attached hereto.

For the reasons stated in the Statement of Reasons that will be filed under seal, undersigned counsel respectfully requests that this Court grant this Motion.

Respectfully submitted,

s/Katherine I. Puzone
**KATHERINE I. PUZONE**
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Kathy_Puzone@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-173-T |
| | ) | |
| **RODNEY HARRIS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Katherine I. Puzone
**KATHERINE I. PUZONE**
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Kathy_Puzone@fd.org