**COURTROOM DEPUTY'S MINUTES**              **DATE:** 9/28/05

**MIDDLE DISTRICT OF ALABAMA**              Digital Recording: 9:29 - 9:31

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr173-T                         **DEFENDANT(S):** Rodney Harris

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| A. Clark Morris | * * * * * | Katherine I. Puzone |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**
Motion to Continue Trial (Doc #15)

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**    10/12/05 Trial Term

☐ **REMARKS:**    Unopposed Motion to Continue Trial until 1/23/06
Order Granting Motion to Continue to be issued