**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:2:05-CR-173-T** |
| | ) | |
| **RODNEY HARRIS** | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the October 12, 2005 trial term and agrees to have it set on the January 23, 2006 trial term.

_____
RODNEY HARRIS

1

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:2:05-CR-173-T** |
| | ) | |
| **RODNEY HARRIS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2005, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to the following: A. Clark Morris, Assistant United States Attorney, One Court Square, Suite

201, Montgomery, Alabama 36104.

s/Katherine I. Puzone
**KATHERINE I. PUZONE**
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Kathy_Puzone@fd.org