IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr173-T |
| **RODNEY HARRIS** | ) | |

<u>ORDER</u>

It is ORDERED that defendant Rodney Harris's motion to seal (doc. no. 16) is granted, and both said motion and the statement of reasons (doc. no. 17) are sealed.

DONE, this the 29th day of September, 2005.

      /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE