IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr173-T |
| **RODNEY HARRIS** | ) | |

### ORDER

In accordance with the companion opinion entered today, it is ORDERED that defendant Rodney Harris's motion to continue (doc. no. 15) is granted, and that his trial is continued to the criminal term of court beginning on January 23, 2006.

It is further ORDERED that the companion opinion is sealed.

DONE, this the 29th day of September, 2005.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE