IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr173-T |
| | ) | |
| RODNEY HARRIS | ) | |

## PRETRIAL ORDER

A pretrial conference was held on 28 September 2005 before the undersigned Magistrate Judge. Present at this conference were Attorney Katherine I. Puzone, counsel for the defendant, and Assistant United States Attorney Clark Morris, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for 23 January 2006. The trial of this case is set for the trial term commencing on 23 January 2006 and is expected to last one day. This case is hereby set before Judge Myron Thompson on the term of court commencing on 23 January 2006.

2. There are no motions currently pending and the time set by the court for filing motions has passed.

3. Proposed voir dire questions shall be filed on or before 17 January 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 17 January 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 17 January 2006.

6. A defendant who wishes to enter a plea pursuant to Rule 11 (c)(1)(A) or (C) shall do so no later than 17 January 2006. The government and defendant are informed that if a defendant enters his plea after that date, and if the plea is not ultimately accepted by the court, the defendant and the government must be prepared to go to trial on 23 January 2006.

DONE this 3rd day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE