COURTROOM DEPUTY'S MINUTES          DATE:  10/17/05

MIDDLE DISTRICT OF ALABAMA           Digital Recording:  9:40 - 9:41

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr173-T          **DEFENDANT(S):** Rodney Harris

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| A. Clark Morris | * * * * * | Katherine I. Puzone |

☐ **DISCOVERY STATUS:**           Complete

☐ **PENDING MOTION STATUS:**      None

☐ **PLEA STATUS:**                Likely Plea

☐ **TRIAL STATUS**                10/12/05 Trial Term
                                  Day and a half

☐ **REMARKS:**     Defendant is cooperating with the Government