IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
v.                                 )          CASE NO. 2:05cr173-T
                                   )
RODNEY HARRIS                      )

# ORDER

For good cause, it is

ORDERED that the pretrial conference currently set for 14 November 2005 is RESET

to *21 November 2005 at 9:00 a.m.* in Courtroom 5A, Frank M. Johnson, Jr. United States

Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

All other deadlines shall remain as previously ordered, including the deadline for

filing pretrial motions.

DONE this 25th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE