| COURTROOM DEPUTY'S MINUTES | DATE: 11/21/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:37 - 9:39 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr173-T   **DEFENDANT(S):** Rodney Harris

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| A. Clark Morris | * * * * * | Kevin Butler |

☐ **DISCOVERY STATUS:**  Complete

☐ **PENDING MOTION STATUS:**  None

☐ **PLEA STATUS:**  Likely Plea on
1/17/06 Consent Docket

☐ **TRIAL STATUS**  1/23/06 Trial Term
2 to 3 days

☐ **REMARKS:**