IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:2:05-CR-173-T** |
| | ) | |
| **RODNEY HARRIS** | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

 **COMES NOW** the undersigned counsel, Rodney Harris, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Rodney Harris. In support of this Motion, counsel states the following:

 1. On September 2, 2005, the Federal Defender Office was appointed to represent Rodney Harris with respect to the criminal charges he faces in the above-styled case.

 2. On Monday, December 5, 2005, undersigned counsel discovered that a conflict exists between undersigned counsel, Mr. Harris and a former client.

 3. Undersigned counsel requests that on behalf of Mr. Harris, CJA panel attorney Mary Ann Prince, Esquire, be appointed to represent him in all further proceedings in this case. Mr. Harris will not be prejudiced by such a change in counsel at this time.

 WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Harris and that CJA Panel Attorney, Mary Ann Prince, Esquire be appointed to represent him.

 Dated this 7th day of December 2005.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO:2:05-CR-173-T** |
| ) | |
| **RODNEY HARRIS** ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

               Respectfully submitted,


               s/ Kevin L. Butler
               KEVIN L. BUTLER
               First Assistant Federal Defender
               201 Monroe Street, Suite 407
               Montgomery, Alabama 36104
               Phone: (334) 834-2099
               Fax: (334) 834-0353
               E-mail: kevin_butler@fd.org
               AZ Bar Code: 014138