IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr173-T |
| | ) | |
| RODNEY HARRIS | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Withdraw as Attorney and For Appointment of CJA Panel Attorney by Attorney Kevin Butler filed 7 December 2005 (Doc. #30), is GRANTED. It is further

ORDERED that CJA Panel Attorney Mary Ann Prince, Esquire is appointed to represent defendant Rodney Harris in all further proceedings in this case.

DONE this 20th day of December 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE