IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr173-T |
| | ) | |
| RODNEY HARRIS | ) | |

**<u>ORDER ON MOTION</u>**

For good cause, it is

ORDERED that the Motion to Withdraw Federal Defenders as Counsel of Record and For Appointment of CJA Panel Attorney filed 21 December 2005 (Doc. #32), is GRANTED.

The Office of the Federal Defender is hereby withdrawn as representation for defendant Rodney Harris, and CJA Panel Attorney Mary Ann Prince, Esquire is appointed as to said defendant in all further proceedings in this case.

DONE this 27th day of December 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE