| COURTROOM DEPUTY'S MINUTES | DATE: 1/3/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:19 - 9:24 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr173-T    **DEFENDANT(S):** Rodney Harris

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| A. Clark Morris | * * * * * | Kevin Butler standing in for Mary Ann Prince |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:**    None

☐ **PLEA STATUS:**    Likely Plea
Consent date to be set week of 1/30/06;

☐ **TRIAL STATUS**    1/23/06 Trial Term; Likely move to 2/13/06 Coogler Trial Term
2 days for trial

☐ **REMARKS:**    Court advised attorneys of Judge Thompson's next trial Term of 4/24/06 due to the uncertainty of time needed for cooperation with the Government