IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-173-T |
| | ) | |
| RODNEY HARRIS, | ) | |

NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW,** Maryanne M. Prince, CJA Panel Attorney, and hereby gives notice of her appearance in the above referenced case on behalf of Defendant **RODNEY HARRIS** and she requests that all notices, pleadings, motions and correspondence in this case are to be served upon her.

Respectfully submitted this 6th day of January, 2006.

/s/ Maryanne M. Prince
MARYANNE PRINCE (MEL007)
Attorney for Defendant Rodney Harris

ADDRESS OF COUNSEL:

631 South Perry Street
Montgomery, AL 36104
Phone: 334-262-1006
Fax:   334-262-1066
Email: mmelko@knology.net

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Terry F. Moorer, AUSA
U. S. Attorney's Office

                                                   /s/ Maryanne M. Prince
                                                   Maryanne M. Prince (MEL007)