IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                      )  CR. NO. 2:05-CR-173-T<br>)<br>)<br>RODNEY HARRIS                        ) | |

### WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Rodney Harris, states that he is the same Rodney Harris charged in Case No. CR No. 2:05-CR-173-T. I do hereby waive my rights to a speedy trial as to the February 13, 2006 trial term, as established by 18 U.S.C. § 3161 and all other applicable federal law and regulations. I certify to the Court that I am waiving these rights knowingly, voluntarily and intelligently after receiving a full and complete explanation of my rights given to me by my attorney.

Respectfully submitted January 6th, 2006.

_____
Rodney Harris
Defendant

_____
MARYANNE M. PRINCE
ASB-6515-E39M
Attorney for Defendant

ADDRESS OF COUNSEL:
631 South Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:   (334)-262-1066
maprince@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 6th, 2006 I have served a copy of the foregoing of this Waiver upon the following, by Electronic Mail Delivery CM/ECF or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office.

Clark Morris, AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

_____
MARYANNE M. PRINCE
Attorney for Defendant