IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:05CR173-LSC |
| | ) | |
| RODNEY HARRIS | ) | |

## ORDER

Counsel for the parties appeared at a pretrial conference on 3 January 2006 and represented to the court that they were negotiating a plea in this case.  Counsel expressed their belief that this case would be resolved by plea but needed additional time.  Neither party opposed continuance of this case from the 23 January 2006 trial term.

While the granting of a continuance is left to the sound discretion of the trial judge, **United States v. Warren**, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the **Speedy Trial Act**, 18 U.S.C. §3161 ["The Act]. The Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such a matter.  18 U.S.C. §3161(c)(1).  **See United States v. Vassar**, 916 F.2d 624 (11th Cir. 1990).  The Act excludes from this 70-day period any continuance that the judge grants "on the basis of [her] findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial".  18 U.S.C. §3161(h) (8) (A).

In this case, the parties are vigorously negotiating a plea in this case.  Discovery is

complete, but they need additional time to agree upon the terms of a plea. The Moreover, the defendant has previously filed a waiver of speedy trial (Doc. # 14), and he filed a second waiver on January 2006 (Doc. # 37).  There is only one defendant in this case.  The court therefore concludes that the ends of justice served by continuing this case outweigh the interests of the public and the defendant in a speedy trial.

Accordingly, it is hereby ORDERED that this case is hereby CONTINUED to the trial term set to commence on 13 February 2006.

DONE this 11th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE