IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr173-LSC |
| | ) | |
| RODNEY HARRIS | ) | |

## **ORDER**

The defendant, RODNEY HARRIS, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, RODNEY HARRIS, appear with counsel before the undersigned Magistrate Judge on 8 February 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 7th day of February 2006.

/s/ Vanzetta Penn McPherson
_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE