| COURTROOM DEPUTY MINUTES | DATE: 2/8/06 | DIGITAL RECORDING: 8:57 - 9:14 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Mitchell Reisner |

❏ ARRAIGNMENT     x CHANGE OF PLEA     ❏ CONSENT PLEA

❏ RULE 44(c) HEARING     ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** _Vanzetta Penn McPherson_     **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _2:05cr173-LSC_     **DEFENDANT NAME:** _Rodney Harris_

**AUSA:** _Todd Brown_     **DEFENDANT ATTY:** _Maryanne M. Prince_

Type Counsel:     ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** _Dwayne Spurlock_

Defendant _____ does _____x_____ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES     Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                 ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

√ Count(s) _1, 2, 3_     of the Felony Indictment.

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNTS**

√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.     ❏ _____ Trial date or term.

√ — **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____ ; √ Sentencing on _____ ❏ _____ Bond √ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____ ; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.