IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr173-MHT |
| | ) | |
| RODNEY HARRIS | ) | |

**ORDER ON MOTION**

On 7 February 2006, defendant Rodney Harris filed an Unopposed Motion to Accept ll(C)(l)(C) Plea Agreement. The Change of Plea Hearing was held 8 February 2006 and the Plea Agreement was accepted by the Undersigned Magistrate Judge. Therefore, for good cause, it is

ORDERED that the Motion to Accept 11(c)(1)(C), filed 7 February 2006 (Document #41), is DENIED as MOOT.

DONE this 9th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE