```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
v.                             ) CASE NO.  2:05-CR-173-LSC
                               )
RODNEY HARRIS,                 )
        Defendant,             )
```

### MOTION TO WITHDRAW AS COUNEL OF RECORD AND FOR APPOINTMNET OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Maryanne Melko Prince, and files this Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney on behalf the defendant Rodney Harris. In support of this Motion, Counsel states the following:

1. Undersigned Counsel is closing her federal practice on May 31, 2006 in order to relocate with her spouse to the State of Maine.

2. Undersigned counsel requests on behalf of the defendant that Middle District of Alabama CJA Panel Attorney John M. Poti be appointed to represent him in all further proceedings in this matter.

3. Counsel for the defendant has discussed the above situation with Panel Attorney Poti who has indicated that he is willing to accept appointment to this matter and does not have a conflict of interest.

4. Mr. Poti's mailing address and telephone is:

>John M. Poti, Esq.
>696 Silver Hills Drive, Suite 107
>Prattville, AL 36066
>Phone: 334-361-3535

**WHEREFORE,** undersigned counsel prays that Maryanne M. Prince be permitted to withdraw from representation of Rodney Harris and CJA Panel attorney John M. Poti be appointed to represent him.

**RESPECTFULLY SUBMITTED** this 25th day of May, 2006.

/s/ Maryanne M. Prince_____
MARYANNE M. PRINCE
Alabama Bar No.: ASB-6515-E39M
Attorney for Defendant
631 South Perry Street
Montgomery, AL 36104
Telephone: (334)-262-1006
Fax:    (334)-262-1066
E-Mail: maprince@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the following, by electronic mail via CM/ECF on the 25th day of May, 2006.

A. Clark Morris, AUSA
U. S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

John Poti, Esq.
Suite 107
696 Silver Hills Drive
Prattville, AL 36066

Rodney Harris
1874 Gibbs Circle, Apt B
Montgomery, AL 36108

/S/ Maryanne M. Prince
Maryanne M. Prince
ASB-6515-E39M
Attorney for Defendant