IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
v.                                )          CASE NO. 2:05CR173-LSC
                                  )
RODNEY HARRIS                     )

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel, filed on 25 May 2006 by

Maryanne Melko Prince, Esq., the defendant's counsel of record, and for good cause, it is

ORDERED that the motion is GRANTED.  The court DIRECTS the Federal Public

Defender to designate a CJA panel attorney to represent the defendant.

DONE this 1ˢᵗ day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE