# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**V.**<br><br>**RODNEY HARRIS, THE DEFENDANT** | **CASE NUMBERS**<br><br>2:05CR173-LSC |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW**, Daniel G. Hamm, and hereby gives Notice of Acceptance as appointed counsel in the above styled case.

**RESPECTFULLY SUBMITTED** this the 15th day of June, 2006.

/s/ Daniel G. Hamm
---
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 SOUTH MCDONOUGH STREET
SUITE A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day placed a copy of this Notice of Acceptance of Appointment

COMES **NOW,** Daniel G. Hamm, and hereby gives Notice of Acceptance as appointed counsel in the above styled case.

**RESPECTFULLY SUBMITTED** this the 15th day of June, 2006.

by electronic transmission and/or by placing a copy in the United States Mail with sufficient postage for first class delivery to the parties named below or parties if not represented by counsel.

**DONE** this the 15th day of June, 2006.

**/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 SOUTH MCDONOUGH STREET
SUITE A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104