**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:05cr173-LSC** |
| | ) | |
| **RODNEY HARRIS** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, John M. Poti, attorney at law, and presents notice to this Honorable Court, that he has been appointed to represent Rodney Harris in the above-styled case.  Counsel received the case file from the defendants' previous attorney and began representation on May 30, 2006.

  s/John M. Poti                                      
**JOHN M. POTI (POT013)**
Attorney for Rodney Harris
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____none___.

s/John M. Poti                      
JOHN M. POTI (POT013)
Attorney for Rodney Harris
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:  (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com