# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NUMBER** |
| V. | **2:05-CR-173-LSC** |
| **RODNEY HARRIS, DEFENDANT.** | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

**COMES NOW** Daniel G. Hamm, appointed counsel for the Defendant and hereby moves this Honorable Court for an Order allowing withdraw as counsel for the Defendant. In support of the foregoing Counsel shows the following:

1. Counsel has learned that Defendant is represented by the Honorable John Poti, Esq. Mr. Poti assumed the representation of this client and two other defendants upon initial counsel's (Maryanne Prince, Esq.) relocation from the area.

2. The Federal Public Defenders requested the undersigned to represent the Defendant, not recognizing that Mr. Poti was providing representation in the final stage of this case.

3. Mr. Poti's continued representation will be in the best interest of this Defendant and judicial economy.

**RESPECTFULLY SUBMITTED** this the 22nd day of June, 2006.

/s/ **Daniel G. Hamm**
---
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH STREET, STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE        334-269-0269
FAX              334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw as Counsel for Defendant by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 22nd day of June, 2006.

        **/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH STREET, STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE      334-269-0269
FAX            334-323-5666

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104