# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| RODNEY HARRIS, DEFENDANT. | 2:05-CR-173-LSC |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

**COMES NOW** Daniel G. Hamm, appointed counsel for the Defendant and hereby moves this Honorable Court for an Order allowing withdraw as counsel for the Defendant. In support of the foregoing Counsel shows the following:

1. Counsel has learned that Defendant is represented by the Honorable John Poti, Esq. Mr. Poti assumed the representation of this client and two other defendants upon initial counsel's (Maryanne Prince, Esq.) relocation from the area.

2. The Federal Public Defenders requested the undersigned to represent the Defendant, not recognizing that Mr. Poti was providing representation in the final stage of this case.

3. Mr. Poti's continued representation will be in the best interest of this Defendant and judicial economy.

**MOTION GRANTED**

THIS 29 DAY OF June, 2006

_____
UNITED STATES DISTRICT JUDGE

Page 1 of 3