AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: RODNEY HARRIS
Case Number: 2:05-CR-0173-LSC

RECEIVED

## IMPRISONMENT

2006 OCT -2 P 12: 08

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED (100) months as to Counts 1, 2, and 3, separately, with each count to run concurrently with the other.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the 500 hour intensive drug treatment program and be housed as close as possible to his family in Mongtomery, AL. The drug treatment should take first priority.

The defendant shall surrender to the United States marshal for this district or to the designated facility by 12:00 Noon on July 27, 2006.

RETURNED AND FILED

OCT - 6 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 9/27/06 to FCI FDC at SK Edgefield SC, with a certified copy of this Judgment.

Delivered on 9/11/06
TO USP ATL

John J LaManna, Warden
~~United States Marshal~~

By _____
~~Deputy Marshal~~
Kelly Pickils