2:05cr173-001-WKW

RECEIVED

2008 APR 10 A 10:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

4-8-08

Dear Sir,

I was sentenced to 100-months for Cocaine Base on July, 27, 2006. I filed a motion under title 18 U.S.C. 3582 (C)(2) U.S. sentencing guideline 1 b1.10 (C) for reduction of sentence Based on the 2007 guideline Amendment which Became effective on Nov. 1, 2007 and caused a Two-level reduction in the Base offense level for Cocaine Base which went into Affect on MAR. 3, 2008. I ask of you to have mercy on me in making your descision on my Behalf. Since my incarceration I have changed my life completely. I am glad you sentenced me to prison Because this time away from my family have shown me that using drugs and selling drugs is not what God made me for. I am living my life for my wife and 8-Kids when I come home. I have been spending my time Rehabilitating my life By enrolling in classes that can help me before entering Back into society. I have a 21-month clear Conduct record. I should be receiving my G.E.D real soon. I'm currently studying to Be a minister for GOD. Mr. Judge Coogler, I haven't seen my mother since my incarceration due to her health. I love and miss my family so much and they really need me home. I pray that you find it in you heart to make the right descision By granting me a sentence reduction that will allow me to come home early as possible. Thanks for your time and may God Continue to Bless you and your family.

Rodney HARRIS # 11768-002
CRiminal CASE NO# 2:05-0173-LSC



# Certificate of Achievement,

## Spiritual Foundations Class

This certificate is given to,

**Rodney Harris**

For your successful completion of the
Spiritual Foundations of Maturity Class,
Presented by the
FCI Edgefield Religious Services Department,
in cooperation with the LTSS Contextual Education
Department.

May 1, 2007

Chaplain A. Chartier

Miss S. Jones

Miss S. Bame

Miss J. Pagel

# *Certificate of Achievement*

awarded to:

## Rodney Harris

for Successful Participation in

## 15 hours of
## Anger Management

at FCI- Edgefield

*December 27, 2007*
*Date*

*J. Seaton, Ph.D. Staff Psychologist*

©1994 GEOGRAPHICS



# *Certificate of Completion*

awarded to:

**RODNEY HARRIS**

**Beginning Parenting Class**

*April 12, 2007*

*Date*

*G. Graham, Parenting Instructor*

*Signed*

# Certificate Of Completion

awarded to

**Rodney Harris**

for successfully completing all requirements
of the Victim Impact/Awareness Group
at FCI Edgefield, S.C.

March 22, 2007

William Mahomes, Jr.; Unit Manager

©1994 BAUDVILLE



# Certificate Of Completion

awarded to:

Rodney Harris

for successfully completing all requirements of the Drug Education Program at FCI Edgefield, S.C.

December 28, 2006

D. Johnson, M.S. DTS

A. Coleman, Ph.D. DAPC




Rodney Harris

awarded to:

for successfully completing all requirements of the twelve (12) week Non-Residential Drug Abuse Program entitled "Rational Thinking and Relapse Prevention" at FCI Edgefield, S.C.

March 22, 2007

D. R. Johnson, M.S.
D. Johnson, M.S. DTS

A. Coleman
A. Coleman, Ph.D., DAP




# *Certificate of Achievement*

Let it be known that

Rodney Harris

Has completed all required course work for

Self-Discovery Mastership

*W. Mahomes, Jr, Unit Manager*

*J.E. Boltin , Counselor*


